IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE ENRIQUE NUNEZ, III | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-408 |
| | : | |
| TINA NORRIS, ET AL. | : | |

**ORDER**

This 23rd day of March, 2021, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Lack of Prosecution, ECF 36, is **GRANTED**. For the reasons set forth in the accompanying memorandum, it is further **ORDERED** that the Complaint is dismissed with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge